924

No. 926. Pittsburgh Railways Co. *v.* Duquesne Light Co. Supreme Court of Pennsylvania. Certiorari denied. *Charles Monroe Thorp, Jr.* for petitioner. *Edmund K. Trent* and *Thomas J. Munsch, Jr.* for respondent.

No. 929. Ronel Corporation *v.* Anchor Lock of Florida, Inc., et al. C. A. 5th Cir. Certiorari denied. *Henry L. Burkitt* and *Harold I. Kaplan* for petitioner. *Richard P. Schulze* for respondents.

No. 954. Board of Public Instruction of Duval County, Florida, et al. *v.* Braxton et al. C. A. 5th Cir. Certiorari denied. *Fred H. Kent, Davisson F. Dunlap* and *Elliott Adams* for petitioners.

No. 957. Bell et al. *v.* School City of Gary, Indiana, et al. C. A. 7th Cir. Certiorari denied. *Robert L. Carter, Barbara A. Morris, Hilbert L. Bradley* and *Charles Wills* for petitioners. *Albert H. Gavit* and *Edmond J. Leeney* for respondents.

No. 960. Marasco et al. *v.* Compo Shoe Machinery Corp. C. A. 1st Cir. Certiorari denied. *Robert B. Russell* for petitioners. *Robert L. Thompson* for respondent.

No. 953. President of India, acting by and through the Director of the India Supply Mission, *v.* West Coast Steamship Co. C. A. 9th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. *John Gordon Gearin* for petitioner. *Kenneth E. Roberts* for respondent.